IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

STANLEY H. NUZZI                                                                                        PLAINTIFF

v.                              Case No. 2:17-CV-02018

USA TRUCK, INC.                                                                                        DEFENDANT

## **JUDGMENT**

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 12th day of December, 2017.

*/s/ P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE